Matter of Miller (2026 NY Slip Op 00075)

Matter of Miller

2026 NY Slip Op 00075

Decided on January 8, 2026

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 8, 2026

No. 36 

[*1]In the Matter of the Hon. David M. Miller, a Justice of the Wolcott Village Court, Wayne County.

On consideration of the continuation of this Court's December 18, 2025 suspension, with pay, of Hon. David M. Miller from the office of Justice of the Wolcott Village Court, Wayne County (see 2025 NY Slip Op 07083), it is determined that the suspension continue, with pay, effective immediately, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44.
Chief Judge Wilson and Judges Garcia, Singas, Cannataro, Troutman and Halligan concur.
Judge Rivera took no part.
Decided January 8, 2026